APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Queen A. Tiye Searles
(Please print)

STREET ADDRESS: P.O. Box 6139

CITY/STATE/ZIP: Chicago, IL 60680-6139

PHONE NUMBER: (773) 412-6595

CASE NUMBER: 07CV6548
JUDGE NORDBERG
MAG. JUDGE NOLAN

Signature: Queen A. Tiye Searles

Date: 11-19-07

FILED
NOV 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT