U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Queen A. Tiye Searles,
    Plaintiff,
v.
Board of Education City of Chicago, et al.
    Defendants.

Case Number: 07 CV 6547

Judge Nordberg
Magistrate Judge Nolan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOARD OF EDUCATION CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) <br> Debra A. Harvey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Debra A. Harvey | |
| FIRM <br> Board of Education of the City of Chicago | |
| STREET ADDRESS <br> 125 South Clark Street, Suite 700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198352 | TELEPHONE NUMBER <br> (773) 553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |