UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUEEN A. TIYE SEARLES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 07 C 6548 |
| ) | |
| ) | Judge Nordberg |
| ) | |
| ) | Magistrate Nolan |
| BOARD OF EDUCATION AS CITY OF ) | |
| CHICAGO/CHICAGO SCHOOL REFORM ) | |
| BOARD OF TRUSTEES, DUNCAN, ARNE, ) | |
| Chief Executive Officer; RACHEL RESNICK, ) | |
| Board Chief Labor Relations Officer, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Board of Education of the City of Chicago ("Board") (improperly sued as Board of Education as City of Chicago/Chicago School Reform Board of Trustees), and individual defendants Arne Duncan and Rachel Resnick, by their attorneys, move this court for a 30-day extension until January 2, 2008 in which to answer or otherwise plead:

1. This is a *pro se* employment action alleging discrimination based on plaintiff's alleged disability.

2. The complaint was filed on November 19, 2007 and served on the Board's secretary on November 20, 2007. Due to the Thanksgiving holiday on November 22nd and 23rd, counsel did not receive the complaint until December 3, 2007. Defendants respectfully ask for a 30-day extension until January 2, 2008 to answer or otherwise plead.

3. Counsel need the additional time to prepare pleadings in support of their

defense, which is complicated by the holiday season.

**WHEREFORE**, defendants, Board of Education of the City of Chicago and individual defendants Arne Duncan and Rachel Resnick, respectfully ask this court for an extension until January 2, 2008 to answer or otherwise plead.

>Respectfully submitted,
>
>PATRICK ROCKS,
>General Counsel
>
>
>By: s/Debra A. Harvey
>    DEBRA A. HARVEY (for the Board)
>    Assistant General Counsel
>    Board of Education of the City of Chicago
>    125 South Clark Street, Suite 700
>    Chicago, Illinois 60603
>    773/553-1700
>
>By: s/Kristin A. Lion
>    KRISTIN A. LION
>    (for the individual defendants)
>    Assistant General Counsel
>    Board of Education of the City of Chicago
>    125 South Clark Street, Suite 700
>    Chicago, Illinois 60603
>    773/553-1700

## CERTIFICATE OF SERVICE

I, Kristin A. Lion, an attorney, certify that I have caused true and correct copies of the attached **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** by mailing a copy to the person named below, at the addresses therein stated and depositing the same in the U.S. Mail, postage prepaid at 125 South Clark Street, Chicago, Illinois 60603, at or about 5:00 p.m. on this 5th day of December, 2007.

Queen A. Tiye Searles
P.O. Box 6139
Chicago, IL  60680-6139

                                        s/Kristin A. Lion
                                        KRISTIN A. LION
                                        Assistant General Counsel