IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUEEN A. TIYE SEARLES,               )<br>                                                        )<br>              Plaintiff,                      )<br>       v.                                         )   No. 07 C 6548<br>                                                        )<br>BOARD OF EDUCATION AS CITY OF  )   Judge Nordberg<br>CHICAGO/CHICAGO SCHOOL REFORM )<br>BOARD OF TRUSTEES, DUNCAN, ARNE, )   Magistrate Nolan<br>Chief Executive Officer; RACHEL RESNICK, )<br>Board Chief Labor Relations Officer,    )<br>                                                        )<br>              Defendants.                 ) | |

## NOTICE OF MOTION

**To:**   Queen A. Tiye Searles
           P.O. Box 6139
           Chicago, IL 60680-6139

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

   **PLEASE TAKE FURTHER NOTICE** that on **December 12, 2007 at 2:30 p.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Nordberg, or before such other Judge sitting in his place or stead, and then and there present the attached motion.

   **DATED** at Chicago, Illinois this 5th day of December, 2007.

                                                                           Respectfully Submitted,

                                                                           s/Kristin A. Lion
                                                                           KRISTIN A. LION
                                                                           Assistant General Counsel
                                                                           Board of Education of the City of Chicago
                                                                           125 South Clark Street, Suite 700
                                                                           Chicago, Illinois 60603
                                                                           (773) 553-1700

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and accurate copy of the above and foregoing **NOTICE OF MOTION** to be served upon  I hereby certify that I have caused a true and accurate copy of the above and foregoing **NOTICE OF MOTION** to be mailed to the plaintiff listed below, at the address shown on this 5th day of December, 2007.

    Queen A. Tiye Searles
    P.O. Box 6139
    Chicago, IL  60680-6139

                        s/Kristin A. Lion
                        KRISTIN A. LION
                        Assistant General Counsel