UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUEEN A. TIYE SEARLES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 07 C 6548 |
| ) | |
| ) | Judge Nordberg |
| ) | |
| ) | Magistrate Nolan |
| BOARD OF EDUCATION CITY OF ) | |
| CHICAGO/CHICAGO SCHOOL REFORM ) | |
| BOARD OF TRUSTEES, DUNCAN, ARNE, ) | |
| Chief Executive Officer; RACHEL RESNICK, ) | |
| Board Chief Labor Relations Officer, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, Board of Education of the City of Chicago ("Board") (improperly sued as Board of Education as City of Chicago/Chicago School Reform Board of Trustees), and individual defendants Arne Duncan ("Duncan") and Rachel Resnick ("Resnick"), by their attorneys, move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss plaintiff's complaint and submit their Memorandum of Law in Support of their Motion to Dismiss. Based upon the arguments and legal precedent set forth in their supporting memorandum and treating all well-pleaded factual allegations as true, defendants, Board,

Duncan and Resnick, respectfully request that plaintiff's complaint be dismissed for failure to state a claim upon which relief can be granted.

                                              Respectfully submitted,

                                              PATRICK ROCKS,
                                              General Counsel

                                        By: s/Debra A. Harvey
                                              DEBRA A. HARVEY (for the Board)
                                              Assistant General Counsel
                                              Board of Education of the City of Chicago
                                              125 South Clark Street, Suite 700
                                              Chicago, Illinois 60603
                                              773/553-1700

                                        By: s/Kristin A. Lion
                                              KRISTIN A. LION
                                              (for the individual defendants)
                                              Assistant General Counsel
                                              Board of Education of the City of Chicago
                                              125 South Clark Street, Suite 700
                                              Chicago, Illinois 60603
                                              773/553-1700

## CERTIFICATE OF SERVICE

I, Kristin A. Lion, an attorney, certify that I have caused true and correct copies of the attached **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** by mailing a copy to the person named below, at the addresses therein stated and depositing the same in the U.S. Mail, postage prepaid at 125 South Clark Street, Chicago, Illinois 60603, at or about 5:00 p.m. on this 10th day of January, 2008.

Queen A. Tiye Searles
P.O. Box 6139
Chicago, IL  60680-6139

s/Kristin A. Lion
KRISTIN A. LION
Assistant General Counsel