IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUEEN A. TIYE SEARLES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 07 C 6548 |
| ) | |
| BOARD OF EDUCATION CITY OF ) | Judge Nordberg |
| CHICAGO/CHICAGO SCHOOL REFORM ) | |
| BOARD OF TRUSTEES, et al., ) | Magistrate Nolan |
| Defendants. ) | |

### NOTICE OF MOTION

To:   Queen A. Tiye Searles
P.O. Box 6139
Chicago, IL  60680-6139

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

**PLEASE TAKE FURTHER NOTICE** that on **January 23, 2008 at 2:30 p.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Nordberg, or before such other Judge sitting in his place or stead, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 10th day of January, 2008.

        Respectfully submitted,

        PATRICK ROCKS,
        General Counsel

        s/Kristin A. Lion
        KRISTIN A. LION
        Assistant General Counsel
        Board of Education of the City of Chicago
        125 South Clark Street, Suite 700
        Chicago, Illinois 60603
        (773) 553-1700

## CERTIFICATE OF SERVICE

      I, Kristin A. Lion, an attorney, certify that I have caused a true and correct copy of the attached **Notice of Motion** to be served upon plaintiff, at her address listed below, by depositing same in the U.S. Mail, postage prepaid, at 125 South Clark Street, Chicago, Illinois 60603, at or before 5:00 p.m. on this 10th day of January, 2008.

      Queen A. Tiye Searles
      P.O. Box 6139
      Chicago, Illinois 60680-6139

                                  s/Kristin A. Lion
                                  Kristin A. Lion
                                  Assistant General Counsel