AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Queen A. Tiye Searles

**SUMMONS IN A CIVIL CASE**

v.

Board of Education City of Chicago, Et. Al

CASE: 07CV6548
ASSIGNED JUDGE: JUDGE NORDBERG
DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE NOLAN

TO: (Name and address of Defendant)

Arne Duncan, CEO
Board of Education City of Chicago
125 S. Clark 5th Fl
Chicago, IL 60603

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Queen A. Tiye Searles
P.O. Box 6139
Chicago, IL 60680-6139

an answer to the complaint which is herewith served upon you within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK

NOV 19 2007

(By) DEPUTY CLERK                               DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/26/07 |
| NAME OF SERVER (PRINT) Imya Brown | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Cyncer Tolnica/ Receptionist

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/26/07
Date

Signature of Server

6408 S Maplewood Chicago, IL
Address of Server

FILED
JAN 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.