AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Queen A. Tiye Searles

**SUMMONS IN A CIVIL CASE**

V.

Board of Education City of Chicago
Chicago School Reform Board of Trustees
Duncan, Arne
Resnick, Rachel

CASE NUMBER: **07CV6548**

ASSIGNED JUDGE: **JUDGE NORDBERG**

DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE NOLAN**

TO: (Name and address of Defendant)

Board of Education City of Chicago
125 S. Clark St. 5th Fl.
Chicago, IL 60603

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Queen A. Tiye Searles (Pro Se)
P.O. Box 6139
Chicago, IL 60680-6139

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**DAVID JOZWIAK**

NOV 1 9 2007

(By) DEPUTY CLERK                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/20/07 |
| NAME OF SERVER (PRINT)  Tinya Brown | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cynta Townsend Reception

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/20/07
                    Date

Signature of Server

Address of Server: 6402 S. Maplewood Chicago IL

**FILED**
JAN 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.