## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Queen A. Tiye Searles

                    Plaintiff,

v.                                          Case No.: 1:07−cv−06548

                                                                   Honorable John A. Nordberg

Board of Education City of Chicago/Chicago School Reform Bd. of Trustees, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge John A. Nordberg :Motion hearing held on 1/23/2008 regarding motion to dismiss[14]. Status hearing held on 1/23/2008. Briefing as to motion to dismiss[14]is set as follows: Response due by 3/21/2008; Reply due by 4/18/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.