

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

QUEEN A. TIYE SEARLES )
                 Plaintiff, )
                                      ) CIVIL ACTION
           v. )
                                      ) No. 07cv6548
BOARD OF EDUCATION OF THE CITY OF CHICAGO/ )
CHICAGO SCHOOL REFORM BOARD OF TRUSTEES, )
DUNCAN, ARNE Chief Executive Officer; )
RESNICK, RACHEL; Board Chief Labor Relations Officer )
                                 Defendants. )

### NOTICE OF FILLINGS

To:    Patrick Rocks
         General Counsel
         Board of Education of the City of Chicago
         125 South Clark Street, Suite 700
         Chicago, Illinois 60603
         (773) 553-1700

         **PLEASE TAKE NOTICE** that on March 21, 2008, I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** and the attached **MOTION TO AMEND THE COMPLAINT.**

         **PLEASE TAKE FURTHER NOTICE** the plaintiff is requesting that an order is entered on the Motion without requiring a appearance of the parties.

         DATED at Chicago, Illinois this 21st day of March, 2008.

                        Respectfully submitted,

                        _Queen Tiye Searles_
                        Queen Tiye Searles,
                        Litigant – Pro Se
                        P.O. Box 6139
                        Chicago, Illinois 60680-6139
                        (773) 412-6595

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

QUEEN A. TIYE SEARLES )
                              Plaintiff, )
                               ) CIVIL ACTION
       v. )
                               ) No. 07cv6548
BOARD OF EDUCATION OF THE CITY OF CHICAGO/ )
CHICAGO SCHOOL REFORM BOARD OF TRUSTEES, )
DUNCAN, ARNE Chief Executive Officer; )
RESNICK, RACHEL; Board Chief Labor Relations Officer )
                         Defendants. )

**FILED MAR 21 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### MOTION TO FILE AMENDED COMPLAINT OF EMPLOYMENT DISCRIMINATION

Plaintiff respectfully moves this Honorable Court pursuant to Rule 15 of the Federal Rules of Civil Procedure for leave to file the attached First Amended Complaint of Employment Discrimination to correctly name the defendant as Board of Education of the City of Chicago.

Respectfully submitted,

_____
Queen Tiye Searles,
Litigant – Pro Se
P.O. Box 6139
Chicago, Illinois 60680-6139
(773) 412-6595