UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUEEN A. TIYE SEARLES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 07 C 6548 |
| BOARD OF EDUCATION AS CITY OF ) | |
| CHICAGO/CHICAGO SCHOOL REFORM ) | Judge Nordberg |
| BOARD OF TRUSTEES, DUNCAN, ARNE, ) | |
| Chief Executive Officer; RACHEL RESNICK, ) | Magistrate Nolan |
| Board Chief Labor Relations Officer, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   Queen A. Tiye Searles
      P.O. Box 6139
      Chicago, IL 60680-6139

**PLEASE TAKE NOTICE** that I have this 17th day of April, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois **Defendants' Reply Memorandum of Law in Support of Motion to Dismiss**, a copy of which is attached hereto and herewith served upon you.

Dated at Chicago, Illinois this 17th day of April, 2008.

Respectfully submitted,

PATRICK J. ROCKS
General Counsel

By:   s/Debra A. Harvey
      Assistant General Counsel
      Board of Education of the
      City of Chicago - Law Department
      125 South Clark Street, Suite 700
      Chicago, Illinois 60603
      (773) 553-1700

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that I have caused a true and accurate copy of the above and foregoing, **Notice of Filing**, to be served upon counsel of record via CM-EMF E-Filing pursuant to the Local Rules of the N. D. of Illinois and the General Order on Electronic Case Filing, Section XI(C), on this 17th day of April, 2008.

    s/Debra A. Harvey